IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| SHELLEY C. STEPHENS , | ) | CIVIL NO. 09-00484 DAE-KSC |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OFFICERS JENNY LEE, JESSE | ) | |
| KERR and WILLIAM DERR; | ) | |
| COUNTY OF HAWAII POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on March 31, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER

DENYING PLAINTIFF SHELLEY C. STEPHENS' NON-HEARING MOTION

TO ALLOW FOR MORE TIME FOR SERVICE AND PROOF OF SERVICE

INCLUDING CORRECTIONS TO COMPLAINT; FINDINGS AND

RECOMMENDATION TO DISMISS DEFENDANTS JENNY LEE, JESSE

KERR, AND WILLIAM DERR," document no. 102,  are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 19, 2011.



_____
David Alan Ezra
United States District Judge


Shelly C. Stephens vs. Officers Jenny Lee, et al., Civil No. 09-00484 DAE-KSC;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION